IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ISAAC DAVID REAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-571-C |
| | ) | |
| PONTOTOC COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) | |
| Defendants. | ) | |

ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 8, 2009. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and civil rights complaint is transferred to the Eastern District of Oklahoma.

IT IS SO ORDERED this 28th day of July, 2009.

ROBIN J. CAUTHRON
United States District Judge